■ ALBERT ELLIS, Appellant, v SAMUEL L. JACKSON et al., Respondents. [698 NYS2d 492] —Order, Supreme Court, Bronx County (Michael DeMarco, J.), entered on or about December 17, 1998, which denied plaintiff's motion for a default judgment, vacated defendant's default and deemed defendant's answer timely served, unanimously affirmed, with costs.

Defendant's delay in answering was brief and defendant's excuse for the default was reasonable (*see, Elgart v Raleigh Hotel Corp.*, 115 AD2d 165, 166). In addition, defendant's verified answer, served upon and rejected by plaintiff as untimely, and thereafter submitted in opposition to plaintiff's motion for a default judgment, sets forth denials and asserts affirmative defenses sufficient to establish the existence of a meritorious defense (*see, supra; Elliot v James*, 97 AD2d 428, 429). Concur—Sullivan, J. P., Williams, Wallach, Lerner and Saxe, JJ.